UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:17-cr-0022-LRH-CBC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: June 11, 2019 |
| | ) | |
| JULIAN MORA-ALCARAZ, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Jennifer Cotter      Reporter: Margaret Griener

Counsel for Plaintiff(s): Randolph St. Clair, AUSA, and Megan Rachow, AUSA

Counsel for Defendant(s): Christopher Frey, AFPD

PROCEEDINGS: MOTION HEARING re Motion to Suppress (ECF No. 24) DAY TWO

1:36 p.m. Court convenes.

**Julian Mora-Alcaraz**, Defendant, is sworn and testifies under direct examination by Mr. Frey; cross examination by Mr. St. Clair; and redirect examination by Mr. Frey.

**Daniel Carnow**, called on behalf of Plaintiff as a rebuttal witness, testifies under direct examination by Ms. Rachow.

Mr. Frey presents argument on behalf of the defendant.

Mr. St. Clair presents argument on behalf of the Government.

Mr. Frey presents rebuttal argument on behalf of the defendant.

The Court recites its findings. IT IS ORDERED that the Motion to Suppress (ECF No. 24) is GRANTED in accordance with the terms as placed on the record.

3:14 p.m. Court adjourns.

       IT IS SO ORDERED.

                                          DEBRA K. KEMPI, CLERK

                                          By:      /s/
                                          Jennifer Cotter, Deputy Clerk